JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATIA S.[1],<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. CV 21-1225-JFW (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 16, 2021

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　United States District Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.